# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Troy Bargel,                                  Civil Action No. 09-3569 PAM/JJG

            Plaintiff,

v.                                       **ORDER FOR DISMISSAL**

Pinnacle Financial Group, Inc.
and Jane Doe,

            Defendants.
_____

Based upon the Stipulation of Dismissal with Prejudice, Civil Docket number 16, filed by Plaintiff on October 20, 2010, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                                             **BY THE COURT:**

Dated:  October 19,  2010          s/Paul A. Magnuson
                                            The Honorable Paul A. Magnuson
                                            Judge of United States District Court